**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**STATE OF OHIO**

                **Plaintiff,**

**Vs.**

**MICHAELA SAMUEL**

                **Defendant.**

**CASE NO.: 20-mj-0579**

**CHIEF MAGISTRATE JUDGE PRESTON DEAVERS**

**ENTRY**

This matter having come on to be heard upon a Motion for Reconsideration, and for good cause shown, Defendant is permitted to work with Pretrial Officer, Dennis McCafferty, to secure enrollment in a 90 day residential rehabilitation program.

All other conditions of Defendant's bond shall remain.

**IT IS SO ORDERED.**

**Dated:** July 9, 2021

*Elizabeth Preston Deavers*
**ELIZABETH PRESTON DEAVERS**
**CHIEF UNITED STATES MAGISTRATE JUDGE**